```
                              FILED
                            APR - 7 2008
                        CLERK, U.S. DISTRICT COURT
                      SOUTHERN DISTRICT OF CALIFORNIA
                      BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 93cr1162-W |
| Plaintiff, ) | |
| v. ) | ORDER AND JUDGMENT OF DISMISSAL |
| JOHN LUIS FERNANDEZ (1), ) | |
| Defendant. ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case is dismissed without prejudice.

DATED: 4/7/08

HONORABLE THOMAS J. WHELAN
United States District Court